# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**NORWOOD OPERATING
COMPANY d/b/a
NORWOOD PRODUCTS,**

      **Plaintiff,**

v.                              **MEMORANDUM OPINION
                                        AND ORDER
                            Civil No. 04-1390 (MJD/SRN)**

**BEACON PROMOTIONS, INC.,
SHARON MENSSEN, CONNIE
KNUTSON, and RHONDA LEGRAND,**

      **Defendants.**

This matter is before the Court pursuant to Defendant's application for attorneys' fees and costs. By Order dated October 31, 2006, Defendants were ordered to submit additional information to support the application. Such submission was made, and Plaintiff has not submitted a response. Accordingly,

IT IS HEREBY ORDERED that Defendants are entitled to an award of attorneys' fees and costs as follows: Defendants are awarded reasonable fees in the amount of $52,522.80 and costs in the amount of $4,628.00.

Date: December 14, 2006

                                                        s / Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court