# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Norwood Operation Co., d/b/a Norwood Promotional Products,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Beacon Promotions, Inc., Sharon Menssen, Connie Knutson, and Rhonda LeGrand,<br><br>　　　　　　　Defendants. | Civil No. 04-1390 (MJD/SRN)<br><br>**ORDER** |

　　　This Court issued a Memorandum Opinion and Order in this case dated December 14, 2006 awarding certain attorneys' fees and costs to Defendants Beacon Promotions, Inc., Sharon Menssen, Connie Knutson, and Rhonda LeGrand.  Subsequent to issuing that Order, counsel for Plaintiff informed the Court that the parties had previously reached a settlement regarding the payment of attorneys' fees and costs.  Counsel for Plaintiff also informed the Court that it has made the settlement payment.  According,

　　　**IT IS HEREBY ORDERED** that the Court's Memorandum Opinion and Order dated December 14, 2006, is hereby **WITHDRAWN**.  The Clerk of Court shall <u>not</u> enter judgment in favor of defendants based on that Order.


Dated:  <u>December 21, 2006</u>　　　　　　　　　　　s/Michael J. Davis　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Michael Davis
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge